## Case No. 5,666.

GRAHAM et al. v. The ESCORIAZA.

[N. Y. Times, Nov. 16, 1852.]

District Court, S. D. New York.   1852.

MARITIME LIENS—SUPPLIES—HOME PORT.

[There is no lien for supplies procured from another state by a vessel lying in her home port.]

Before BETTS, District Judge.

In admiralty. Suit in rem to recover value of a suit of sails furnished the bark. Adjudged that a vessel owned in one state, and receiving supplies in her home port, from a different state, is not chargeable therefor in admiralty out of her domestic port. The credit is personal to her owner or master. Decree for claimants, and costs.

Mr. Hasket, for libellants.
F. R. Sherman, for claimants.